# LUMORA LAW

1415 W. 22nd Street, Tower Floor
Oak Brook, Illinois 60523

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/26/25

> Application GRANTED. The settlement conference currently scheduled for December 3, 2025 is hereby ADJOURNED *sine die*. The parties must submit a joint status letter no later than **December 8, 2025**, proposing new dates, preferably in December, for the settlement conference. The parties may contact the Courtroom Deputy at 212-805-4880 to determine the Court's availability.
>
> SO ORDERED.
>
> November 26, 2025        _____
>
>                          **Barbara Moses, U.S.M.J.**

**VIA ECF**
The Hon. Barbara Moses
United States Magistrate Judge
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY  10007

Re:    *Zelouf International Corp. v. Belk, Inc., et al.*, Case No. 25-CV-06797 (JSR)

Dear Judge Moses:

We are counsel to Defendant ZG Apparel Group LLC ("ZG") in the above-referenced matter. We write to respectfully request that the Court adjourn the settlement conference currently scheduled for December 3, 2025, at 2:15 p.m. Counsel for Plaintiff Zelouf International Corp. does not object to this request.

ZG just discovered it may have insurance coverage for this matter, but is still evaluating its coverage and is not sure whether its carrier will need to attend the scheduled settlement conference. The parties therefore respectfully request that the Court adjourn the December 3rd conference (and likewise postpone the November 26th deadline to submit the required pre-settlement conference letters) in order to ensure that all necessary parties are able to be in attendance.

We recognize Your Honor's rule that in seeking an adjournment of a settlement conference, parties must provide two alternative dates that work for them all. In this case, however, the parties are not yet able to do so, as ZG has not determined whether its carrier will need to be in attendance. The parties therefore respectfully request that the Court adjourn the conference for approximately one month, and propose that the parties will contact Your Honor's Chambers by December 8th for available dates.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Jon Purow*

Jon Purow

**MEMO ENDORSED**

cc:    All Counsel (via ECF)